UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SLAMEN, | No. 2:14-cv-1067-EFB P |
| Plaintiff, | |
| v. | ORDER |
| MD MANUEL SABIN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2).

/////

/////

/////

1

1     The agency having custody of plaintiff is required to forward to the Clerk of the Court the
2 initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time the
3 amount in the account exceeds $10, until the filing fee is paid. *Id.*

4     The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma
5 pauperis application upon the Director of the California Department of Corrections and
6 Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7     So ordered.

8 Dated: April 6, 2015.

9     EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE