UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SLAMEN, | No. 2:14-cv-1067-EFB P |
| Plaintiff, | |
| v. | ORDER |
| MANUEL SABIN, M.D., et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his amended complaint and further requests that the court appoint counsel.

District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request an attorney to voluntarily to represent such a plaintiff. *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). When determining whether "exceptional circumstances" exist, the court must consider the likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). Having considered those factors, the court finds there are no exceptional circumstances in this case.

1

The court will, however, grant plaintiff an extension of time to file his amended complaint pursuant to the court's April 7, 2015 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for appointment of counsel (ECF No. 16) is denied; and

2. Plaintiff's request for an extension of time is granted and plaintiff shall have an additional thirty (30) days in which to file his amended complaint.  Plaintiff is admonished that failure to timely file his amended complaint may result in dismissal of this action.

DATED:  April 29, 2015.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE