UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SLAMEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL SABIN, M.D., et al.,<br><br>    Defendants. | No.  2:14-cv-1067-EFB P<br><br><br><br>ORDER |

After this civil rights action was closed at plaintiff's request, *see* ECF Nos. 18, 19, plaintiff sent a letter to the court in which he requests, among other things, the appointment of counsel, ECF No. 20.  The court takes no action on plaintiff's filing as this case is now closed.  Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated:  May 14, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE